IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.                               Civil No. *12-2096*

STEPHEN M. MATTHEW,

    DEFENDANT.

## CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint filed herein states a claim upon which relief can be granted.

2. The Court has personal jurisdiction over the defendant who has received a copy of the complaint in this action.

3. The defendant hereby agrees to the entry of Judgment in the sum of $10,655.00 principal and $12,894.05 interest for a total of $23,549.05, plus interest at the rate of $2.33 per day from August 11, 2011, until date of this judgment; the sum of $26,665.49 principal and $27,935.51 interest for a total of $54,601.00, plus interest at the rate of $5.84 per day from August 17, 2011, until date of this judgment; and the sum of $21,607.72 principal and $18,732.86 interest, for a total of $40,340.58, plus interest accruing at the rate of $2.02 per day from August 17, 2011, until date

of this judgment; and postjudgment interest at the legal rate from the date of execution of this Consent Judgment until paid in full. Defendant agrees to make monthly payments in an amount approved by the U. S. Attorney's Office, until the debt is paid in full.

4. This Consent Judgment shall be recorded among the records of the Circuit Court in the county of residence of the defendant, and all other jurisdictions where it is determined by the United States that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 414 Parker Avenue, Fort Smith, Arkansas 72901.

6. The defendant shall provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to, his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney.

7. The United States will submit this debt to the Department of the Treasury for inclusion in the Treasury Offset program. Under this program, any federal payment Stephen M. Matthew would normally receive may be offset and applied to this debt.

8. The defendant acknowledges that the undersigned Assistant United States Attorney represents the United States and that its interests are adversarial to those of the defendant. Further, the defendant acknowledges he has voluntarily agreed to the entry of this consent judgment and has chosen to do so without retaining counsel.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the plaintiff recover and have judgment against the defendant Stephen M. Matthew, in the amounts of $23,549.05 with interest at the rate of $2.33 per day from August 17, 2011, until the date of this judgment; $54,601.00

with interest at the rate of $5.84 per day from August 17, 2011, until the date of this judgment; and $40,340.58 with interest at the rate of $2.02 per day from August 17, 2011, until the date of this judgment, with post judgment interest at the legal rate of _0.18_ percent pursuant to 28 U.S.C. Section 1961(a) from date of judgment until judgment is paid in full, and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

4-25-2012
Date

U. S. DISTRICT COURT JUDGE

Approved:

Deborah Groom
Assistant U. S. Attorney
Arkansas Bar No. 80054
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125

Dr. Stephen M. Matthew
4316 South 25th Street
Fort Smith, AR 72901-7615

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 2 5 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk